UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BORING,<br><br>    Plaintiff,<br><br>    v.<br><br>BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>    Defendant. | Case No.  12-cv-05259-JST<br><br>**ORDER RE STIPULATION SELECTING MEDIATION**<br><br>Re: Dkt. No. 16 |

The Court has before it the parties' Stipulation and Proposed Order Selecting Mediation. Dkt. No. 16.  The parties are to be commended for proactively addressing the subject of alternative dispute resolution.  The Court notes, however, that the parties have not yet selected a mediator.  In the Court's experience, the timely selection of a neutral is the surest guarantee of compliance with a mediation deadline, and it is the Court's practice to set deadlines for both in tandem.

With that in mind, the Court orders the parties to submit a revised stipulation and proposed order by March 15, 2013, identifying both a mutually agreeable neutral and a mediation deadline of June 15, 2013 or earlier.

The Court is currently reviewing the parties' case management statement and looks forward to scheduling a case management conference with the parties.  Dkt. No. 15.

**IT IS SO ORDERED**.

Dated: March 1, 2013

                                                                                  Jon S. Tigar<br>
                                                                                  United States District Judge

United States District Court
Northern District of California