UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BORING,<br><br>    Plaintiff,<br><br>    v.<br><br>BED BATH & BEYOND OF CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>    Defendant. | Case No.  12-cv-05259-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 27 |

Before the Court is Plaintiff's Motion for Preliminary Approval of Class Action Settlement. ECF No. 27.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for October 17, 2013, is hereby VACATED.

**IT IS SO ORDERED**.

Dated:  October 15, 2013

_____
JON S. TIGAR
United States District Judge